**Order entered October 21, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00689-CV

**ANGELOS KOLOBOTOS AND KOLOBOTOS PROPERTIES, LLC,**
**Appellants**

**V.**

**JTREO, INC. AND DAVID BUTTROSS A/K/A/ DAVID A. BUTTROSS, II,**
**Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07775**

### ORDER

By notice filed October 19, 2021, appellants inform the Court that appellant Angelos Kolobotos has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in

accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE